**Order entered November 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00905-CV

### IN RE UNIVERSAL HEALTH SERVICES, INC., UHS OF DELAWARE, INC., HICKORY TRAIL HOSPITAL, L.P., Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04290**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    DAVID L. BRIDGES
        JUSTICE